# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| MARY CLAIRE MATERNA,     )<br>                                             )<br>      Plaintiff,                        )<br>                                             )   Case No.: 2:19-cv-02224-TLP-cgc<br>v.                                          )<br>                                             )   JURY DEMAND<br>UBER TECHNOLOGIES, INC. and )<br>JOHN DOE a/k/a ALI,              )<br>                                             )<br>      Defendants.                      ) | |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant UBER TECHNOLOGIES, INC. ("Uber"), by and through its undersigned counsel, hereby certifies for purposes of potential recusal or disqualification that:

1. Uber has no parent company.

2. SB Cayman 2 Ltd., a private company, owns more than 10% of Uber's stock.

3. SB Cayman 2 Ltd. is an affiliate of Softbank Group Corp., a publicly traded corporation.

Respectfully submitted,

**LEWIS, THOMASON, KING,**
**KRIEG & WALDROP, P.C.**

*s/ Isaac S. Lew*
Peter B. Winterburn (#25768)
pwinterburn@lewisthomason.com
Isaac S. Lew (#36702)
ilew@lewisthomason.com
40 S. Main St., Suite 2900
Memphis, TN 38103

Telephone: (901) 525-8721
Fax: (901) 525-6722

*Attorneys for Defendant Uber Technologies, Inc.*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was served by e-mail through the CM/ECF system on this 17th day of June, 2019, on all counsel of record on the service list below.

*s/ Isaac S. Lew*
Isaac S. Lew

**Service List**

**Louis P. Chiozza, Jr., Esq.**
lou@chiozzalaw.com
CHIOZZA LAW FIRM
230 Adams Ave.
Memphis, TN 38103

*Attorneys for Plaintiff*