# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| MARY CLAIRE MATERNA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> UBER TECHNOLOGIES, INC. and JOHN ) <br> DOE a/k/a ALI, ) <br> ) <br> Defendants. ) | No. 2:19-cv-02224-TLP-cgc <br><br> JURY DEMAND |

## SCHEDULING ORDER

Pursuant to Local Rule 16.2, a Scheduling Conference was held on July 29, 2019. In attendance were Chris Lewis, standing in for Louis P. Chiozza, Jr. who represents Plaintiff, and Isaac S. Lew, counsel for Defendant. At the Conference, the following dates were established as the final deadlines for:

**INITIAL DISCLOSURES PURSUANT TO FED. R. CIV. P. 26(a)(1):** August 12, 2019

**MOTIONS TO JOIN PARTIES:** September 30, 2019

**MOTIONS TO AMEND PLEADINGS**: September 30, 2019

**MOTIONS TO DISMISS**: November 1, 2019

**ALTERNATIVE DISPUTE RESOLUTION:**

    **(a)**     **ADR DEADLINE PURSUANT TO ADR PLAN RULE 4.3(a):**
               September 30, 2019

               Mediator must file Mediation Certification Form:
               https://www.tnwd.uscourts.gov/pdf/content/MediationCertificationForm.pdf

 **(b) SELECTION OF MEDIATOR PURSUANT TO ADR PLAN RULE 5.4(c):**

 **MEDIATOR'S NAME:**

 **STIPULATION FILING DATE:** August 19, 2019

 (If the parties fail to agree upon a Mediator by this deadline, the Court shall select a Mediator for the case from the Court's Mediator list and shall issue an Order notifying the parties of the Mediator's identity)

**COMPLETING ALL DISCOVERY:** February 28, 2020

 **(a) WRITTEN DISCOVERY[1]:** January 31, 2020

 **(b) DEPOSITIONS:** February 28, 2020

 **(c) EXPERT WITNESS DISCLOSURES UNDER FED. R. CIV. P. 26:**

  **(1) DISCLOSURE OF PLAINTIFF'S RULE 26(a)(2) EXPERT INFORMATION:** December 27, 2019

  **(2) DISCLOSURE OF DEFENDANT'S RULE 26(a)(2) EXPERT INFORMATION:** January 27, 2020

  **(3) EXPERT WITNESS DEPOSITIONS:** February 28, 2020

**F.R.E. 702/*DAUBERT* MOTIONS TO EXCLUDE EXPERTS:** March 30, 2020

**SUPPLEMENTATION UNDER RULE 26(e)(1):** February 28, 2020

**FILING DISPOSITIVE MOTIONS:** March 30, 2020

**JOINT PROPOSED PRETRIAL ORDER DUE:** July 31, 2020, by close of business
(E-Mail Joint Proposed Pretrial Order in Word format to: ECF_Judge_Parker@tnwd.uscourts.gov)

**PRETRIAL CONFERENCE DATE:** August 7, 2020 at 9:00 a.m.

**JURY TRIAL:** August 24, 2020 at 9:30 a.m.  Trial is anticipated to last approximately 3 days.

---

[1] The parties shall serve requests at least 45 days before the deadline to complete written discovery to allow sufficient time for responses by the deadline for completion of discovery.

*This order has been entered after consultation with the parties.  Absent good cause shown, the deadlines set by this order will not be modified or extended.*

**SO ORDERED**, this 30th day of July, 2019.

                                            s/Thomas L. Parker
                                            THOMAS L. PARKER
                                            UNITED STATES DISTRICT JUDGE