IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| MARY CLAIRE MATERNA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 2:19-cv-02224-TLP-cgc |
| v. ) | |
| ) | JURY DEMAND |
| UBER TECHNOLOGIES, INC. and JOHN ) | |
| DOE a/k/a ALI, ) | |
| ) | |
| Defendants. ) | |

**ORDER GRANTING IN PART AND DENYING IN PART MOTION TO REFER THE CASE TO MEDIATION AND STAY THE PROCEEDINGS**

The parties jointly move to stay the case and refer the parties to mediation. (ECF No. 11.) The Court GRANTS IN PART AND DENIES IN PART this request.

The Court ORDERS the parties to complete mediation in accordance with this Court's Plan for Alternative Dispute Resolution by September 30, 2019.[1]  And the Court DENIES the request to stay proceedings. The parties shall conduct the proceedings in accordance with the deadlines established in the Scheduling Order.

**SO ORDERED**, this 30th day of July, 2019.

　　　　　　　　　　　　　　　　　s/Thomas L. Parker
　　　　　　　　　　　　　　　　　THOMAS L. PARKER
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

---

[1] As provided for in the Scheduling Order.