# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| MARY CLAIRE MATERNA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No.: 2:19-cv-02224-TLP-cgc |
| v. ) | |
| ) | JURY DEMAND |
| UBER TECHNOLOGIES, INC. and ) | |
| JOHN DOE a/k/a ALI, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF SERVICE OF INITIAL DISCLOSURES

Defendant UBER TECHNOLOGIES, INC. ("Uber") by and through its undersigned counsel, hereby gives notice that on August 12, 2019, it served upon Plaintiff's counsel its Initial Disclosures pursuant to Federal Rule of Civil Procedure 26(a)(1)(A).

Respectfully submitted,

**LEWIS, THOMASON, KING,
KRIEG & WALDROP, P.C.**

*s/ Isaac S. Lew*
Peter B. Winterburn (#25768)
pwinterburn@lewisthomason.com
Isaac S. Lew (#36702)
ilew@lewisthomason.com
40 S. Main St., Suite 2900
Memphis, TN 38103
Telephone: (901) 525-8721
Fax: (901) 525-6722

*Attorneys for Defendant Uber Technologies, Inc.*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was served by e-mail through the CM/ECF system on this 12th day of August, 2019, on all counsel of record on the service list below.

*s/ Isaac S. Lew*
Isaac S. Lew

**Service List**

**Louis P. Chiozza, Jr., Esq.**
lou@chiozzalaw.com
CHIOZZA LAW FIRM
230 Adams Ave.
Memphis, TN 38103

*Attorneys for Plaintiff*