# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| MARY CLAIRE MATERNA, | ) |
| Plaintiff, | ) |
| | ) Case No.: 2:19-cv-02224-TLP-cgc |
| v. | ) |
| | ) JURY DEMAND |
| UBER TECHNOLOGIES, INC. and | ) |
| JOHN DOE a/k/a ALI, | ) |
| Defendants. | ) |

## STIPULATION OF SELECTION OF MEDIATOR

Plaintiff MARY CLAIRE MATERNA and Defendant UBER TECHNOLOGIES, INC. hereby STIPULATE AND AGREE that pursuant to the Court's order referring this case to mediation (ECF No. 17), the parties will hold the mediation conference in this matter with Floyd S. Flippin, Esq., a certified mediator for the Western District of Tennessee. The parties will mediate this case on **Wednesday, September 11, 2019 at 10:00 AM CT** at Lewis Thomason, 40 S. Main St., Suite 2900, Memphis, Tennessee 38103.

Respectfully submitted,

| **LEWIS, THOMASON, KING, KRIEG & WALDROP, P.C.** | **CHIOZZA LAW FIRM** |
|---|---|
| *s/ Isaac S. Lew* | *s/ Louis P. Chiozza, Jr. (with permission)* |
| Peter B. Winterburn (#25768) | Louis P. Chiozza, Jr. (#8871) |
| pwinterburn@lewisthomason.com | lou@chiozzalaw.com |
| Isaac S. Lew (#36702) | 230 Adams Ave. |
| ilew@lewisthomason.com | Memphis, TN 38103 |
| 40 S. Main St., Suite 2900 | Telephone: (901) 526-9494 |
| Memphis, TN 38103 | |
| Telephone: (901) 525-8721 | *Attorneys for Plaintiff* |

Fax: (901) 525-6722

*Attorneys for Defendant Uber Technologies, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served by e-mail through the CM/ECF system on this 22nd day of August, 2019, on all counsel of record on the service list below.

*s/ Isaac S. Lew*
Isaac S. Lew

**Service List**

**Louis P. Chiozza, Jr., Esq.**
lou@chiozzalaw.com
CHIOZZA LAW FIRM
230 Adams Ave.
Memphis, TN 38103

*Attorneys for Plaintiff*