# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

| | |
|---|---|
| MARY CLAIRE MATERNA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 2:19-cv-02224-TLP-cgc |
| v. ) | |
| ) | JURY DEMAND |
| UBER TECHNOLOGIES, INC. and JOHN ) | |
| DOE a/k/a ALI, ) | |
| ) | |
| Defendant. | |

## ORDER GRANTING MOTION TO APPEAR PRO HAC VICE

Before the Court is a motion for R. Michael Bomberger, of Estey & Bomberger, LLP, to appear pro hac vice on behalf of Plaintiff Mary Claire Materna, filed on August 19, 2019. (ECF No. 20.)

After considering the motion, and attached documents, the Court finds that it meets all of the requirements of LR 83.4(d). The motion is thus GRANTED. R. Michael Bomberger is admitted pro hac vice to appear on Plaintiff's behalf in the above-captioned matter.

**SO ORDERED**, this 5th day of September, 2019.

                                                  s/ Thomas L. Parker
                                                THOMAS L. PARKER
                                                UNITED STATES DISTRICT JUDGE