# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| MARY CLAIRE MATERNA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No.: 2:19-cv-02224-TLP-cgc |
| v. ) | |
| ) | JURY DEMAND |
| UBER TECHNOLOGIES, INC. and ) | |
| JOHN DOE a/k/a ALI, ) | |
| ) | |
| Defendants. ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff MARY CLAIRE MATERNA and Defendant UBER TECHNOLOGIES, INC. hereby:

STIPULATE AND AGREE that Plaintiff voluntarily dismisses this lawsuit as to all Defendants, with prejudice, with each party to bear its own costs and attorney's fees.

Respectfully submitted,

**LEWIS, THOMASON, KING, KRIEG & WALDROP, P.C.**

*s/ Isaac S. Lew*
Peter B. Winterburn (#25768)
pwinterburn@lewisthomason.com
Isaac S. Lew (#36702)
ilew@lewisthomason.com
40 S. Main St., Suite 2900
Memphis, TN 38103
Telephone: (901) 525-8721
Fax: (901) 525-6722

*Attorneys for Defendant Uber Technologies, Inc.*

**CHIOZZA LAW FIRM**

*s/ Louis P. Chiozza, Jr. (with permission)*
Louis P. Chiozza, Jr. (#8871)
lou@chiozzalaw.com
230 Adams Ave.
Memphis, TN 38103
Telephone: (901) 526-9494

**ESTEY & BOMBERGER LLP**

*s/ R. Michael Bomberger (with permission)*
R. Michael Bomberger (*pro hac vice*)
mike@estey-bomberger.com
2869 India Street
San Diego, CA 92103
Telephone: (619) 295-0035

*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was served by e-mail through the CM/ECF system on this 17th day of September, 2019, on all counsel of record on the service list below.

*s/ Isaac S. Lew*
Isaac S. Lew

**Service List**

**Louis P. Chiozza, Jr., Esq.**
lou@chiozzalaw.com
CHIOZZA LAW FIRM
230 Adams Ave.
Memphis, TN 38103

**R. Michael Bomberger**
mike@estey-bomberger.com
ESTEY & BOMBERGER LLP
2869 India Street
San Diego, CA 92103

*Attorneys for Plaintiff*