# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| MARY CLAIRE MATERNA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 2:19-cv-02224-TLP-cgc |
| v. ) | |
| ) | JURY DEMAND |
| UBER TECHNOLOGIES, INC. and JOHN ) | |
| DOE, ) | |
| ) | |
| Defendants. ) | |

## JUDGMENT

**JUDGMENT BY COURT**.  This action came before the Court on Notice of Removal from Shelby County Circuit Court, filed on April 10, 2019.  (ECF No. 1.)  In accordance with the Stipulation of Dismissal (ECF No. 24), agreed to by the parties in the case and under Federal Rules of Civil Procedure 41(a)(1)(A)(ii),

**IT IS ORDERED, ADJUDGED, AND DECREED** that this action is **DISMISSED WITH PREJUDICE**.  Each party shall bear their own costs and attorney's fees.

**APPROVED:**

s/ Thomas L. Parker
THOMAS L. PARKER
UNITED STATES DISTRICT JUDGE

September 18, 2019
Date